1 | **John W. Hurney (SBN 161617)**
   | jwh@rpnalaw.com
2 | **Roxborough, Pomerance, Nye & Adreani LLP**
   | **5820 Canoga Avenue**
3 | **Woodland Hills, California 91367**
   | **Telephone: (818) 992-9999**
4 | **Facsimile: (818) 992-9991**

5 | **Attorneys for Plaintiff Shook & Waller**
   | **Construction, Inc.**

7 | **Elizabeth R. Toben (SBN 266844)**
   | etoben@sidley.com
   | **Nicholas P. Crowell (*Pro Hac Vice*)**
8 | ncrowell@Sidley.com
   | **Sidley Austin LLP**
9 | **555 California Street, Suite 2000**
   | **San Francisco, California  94104**
10 | **Telephone: (415) 772-1200**
   | **Facsimile: (415) 772-7400**

12 | **Attorneys for Defendants National Union**
   | **Fire Insurance Company of Pittsburgh, Pa.,**
   | **and Chartis Inc.**

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOOK & WALLER CONSTRUCTION, INC. | Case No.  12-cv-06148-RS |
| Plaintiffs, | Hon. Richard Seeborg |
| v. | **STIPULATION AND PROPOSED ORDER TO CONTINUE DEFENDANTS NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. AND CHARTIS INC.'S MOTION TO STAY PROCEEDINGS AND/OR DISMISS COMPLAINT AND THE CORRESPONDING BRIEFING DEADLINES TO PERMIT FURTHER SETTLEMENT DISCUSSIONS** |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, *et al.* | |
| Defendants. | |

**IT IS STIPULATED BY AND BETWEEN THE PARTIES THAT:**

1. WHEREAS, Defendants National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and Chartis Inc. (the "AIG Defendants") have filed a motion for an order to stay and/or dismiss the complaint (the "Complaint") which is set for hearing on March 21, 2013;

2. WHEREAS, the Plaintiff and AIG Defendants are currently engaged in settlement discussions, which potentially could result in the resolution of this action;

3. WHEREAS, there is also a pending motion to remand the action set for hearing on March 21, 2013;

4. WHEREAS, the Plaintiff and AIG Defendants have agreed to continue the March 21, 2013 hearing thirty days, as well as the related opposition and filing deadlines;

**IT IS HEREBY STIPULATED AND AGREED** by these Parties that they jointly request the Court continue the hearing and filing deadlines as follows, or to the next most convenient date for the court:

| | |
|---|---|
| Hearing Date Continued to: | April 25, 2013 at 1:30 p.m. in Courtroom 3 |
| Opposition Deadline: | 21 Days before Hearing Date (April 4, 2013) |
| Reply Deadline: | 14 Days before Hearing Date (April 11, 2013) |

Dated: February 13, 2013                                       SIDLEY AUSTIN LLP


By: _/s/ Nicholas P. Crowell_____
     Nicholas P. Crowell

Attorneys for Defendants National Union Fire Ins. Co. of Pittsburgh, Pa. and Chartis Inc.

Dated:  February 13, 2013                                    ROXBOROUGH, POMERANCE, NYE & ADREANI LLP

By:  _____*/s/ John W. Hurney*_____
          John W. Hurney

Attorneys for Plaintiff Shook & Waller Construction, Inc.

**IT IS SO ORDERED:**

The hearing on the motion of Defendants National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and Chartis Inc. (the "AIG Defendants") for an order to stay and/or dismiss the complaint, which is set for hearing on March 21, 2003, is continued by stipulation of the parties to April 25, 2013 [or ~~_____, 2013~~] at 1:30 p.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.

The corresponding deadlines for the opposition and reply are continued and linked to the new hearing date, such that the opposition to the motion is due twenty-one (21) days before the hearing date and the reply brief is due fourteen (14) days before the hearing date.

Dated:  2/15/13

_____
THE HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE