| | |
|---|---|
| 1 | John W. Hurney (SBN 161617) |
| | jwh@rpnalaw.com |
| 2 | **Roxborough, Pomerance, Nye & Adreani LLP** |
| | 5820 Canoga Avenue |
| 3 | Woodland Hills, California 91367 |
| | Telephone: (818) 992-9999 |
| 4 | Attorneys for Plaintiff Shook & Waller |
| | Construction, Inc. |
| 5 | |
| | Nicholas P. Crowell (Pro Hac Vice) |
| 6 | ncrowell@Sidley.com |
| | **Sidley Austin LLP** |
| 7 | 555 California Street, Suite 2000 |
| | San Francisco, California  94104 |
| 8 | Telephone: (415) 772-1200 |
| | Attorneys for Defendants National Union |
| 9 | Fire Insurance Company of Pittsburgh, Pa., |
| | and Chartis Inc. |
| 10 | |
| | Susan M. Keeney (SBN 60747) |
| 11 | smk@severson.com |
| | **Severson & Werson APC** |
| 12 | One Embarcadero Center, Suite 2600 |
| | San Francisco, California 94111 |
| 13 | Telephone: (415) 398-3344 |
| | Attorneys for Defendant |
| 14 | Wells Fargo Insurance Services USA, INC. |

## UNITED STATED DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHOOK & WALLER CONSTRUCTION, INC. | ) ) ) | Case No. **12-cv-06148-RS** |
| Plaintiffs, | ) ) ) | **STIPULATION OF DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al. | ) ) ) ) | |
| Defendants. | ) ) ) ) ) ) | |

**STIPULATION OF DISMISSAL**
CASE NO. 12-cv-06148-RS

**IT IS STIPULATED BY AND BETWEEN THE PARTIES THAT:**

1. Plaintiff's claims against Defendants shall be, and hereby are, DISMISSED WITH PREJUDICE pursuant to FRCP, Rule 41(a)(1)(A)(ii).

2. Each party shall bear its own costs and attorneys' fees.

Dated: July 19, 2013                             SIDLEY AUSTIN LLP

By:   /s/ Nicholas P. Crowell
         Nicholas P. Crowell

Attorneys for Defendants National Union Fire Ins. Co. of Pittsburgh, Pa., and Chartis Inc.

Dated: July 19, 2013                             ROXBOROUGH, POMERANCE, NYE & ADREANI LLP

By:   /s/ John W. Hurney
         John W. Hurney

Attorneys for Plaintiff Shook & Waller Construction, Inc.

Dated: July 19, 2013                             SEVERSON & WERSON APC

By:  /s/ Susan M. Keeney
         Susan M. Keeney

Attorneys for Defendant Wells Fargo Insurance Services USA, INC.

**IT IS SO ORDERED:**

The case is hereby DISMISSED WITH PREJUDICE pursuant to FRCP, Rule 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

Dated: 7/22/13

_____
THE HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE