1 | John W. Hurney (SBN 161617)
jwh@rpnalaw.com
2 | **Roxborough, Pomerance, Nye & Adreani LLP**
5820 Canoga Avenue
3 | Woodland Hills, California 91367
Telephone: (818) 992-9999
4 | Attorneys for Plaintiff Shook & Waller Construction, Inc.

5

6 | Nicholas P. Crowell (Pro Hac Vice)
ncrowell@Sidley.com
**Sidley Austin LLP**
7 | 555 California Street, Suite 2000
San Francisco, California  94104
8 | Telephone: (415) 772-1200
Attorneys for Defendants National Union
9 | Fire Insurance Company of Pittsburgh, Pa., and Chartis Inc.

10

11 | Susan M. Keeney (SBN 60747)
smk@severson.com
**Severson & Werson APC**
12 | One Embarcadero Center, Suite 2600
San Francisco, California 94111
13 | Telephone: (415) 398-3344
Attorneys for Defendant
14 | Wells Fargo Insurance Services USA, INC.

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOOK & WALLER CONSTRUCTION, INC. | Case No. **12-cv-06148-RS** |
| Plaintiffs, | **STIPULATION OF DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al. | |
| Defendants. | |

**STIPULATION OF DISMISSAL**
CASE NO. 12-cv-06148-RS

**IT IS STIPULATED BY AND BETWEEN THE PARTIES THAT:**

1. Plaintiff's claims against Defendants shall be, and hereby are, DISMISSED WITH PREJUDICE pursuant to FRCP, Rule 41(a)(1)(A)(ii).

2. Each party shall bear its own costs and attorneys' fees.

Dated: July 19, 2013                    SIDLEY AUSTIN LLP

By:  /s/ Nicholas P. Crowell
     Nicholas P. Crowell

Attorneys for Defendants National Union Fire Ins. Co. of Pittsburgh, Pa., and Chartis Inc.

Dated: July 19, 2013                    ROXBOROUGH, POMERANCE, NYE & ADREANI LLP

By:  /s/ John W. Hurney
     John W. Hurney

Attorneys for Plaintiff Shook & Waller Construction, Inc.

Dated: July 19, 2013                    SEVERSON & WERSON APC

By:  /s/ Susan M. Keeney
     Susan M. Keeney

Attorneys for Defendant Wells Fargo Insurance Services USA, INC.

**IT IS SO ORDERED:**

The case is hereby DISMISSED WITH PREJUDICE pursuant to FRCP, Rule 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

Dated: 7/22/13

_____
THE HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE